RAINWATER ET AL. *v.* FLORIDA.

No. 18. Decided March 4, 1968.

*Alfred L. Scanlan* and *J. Edward Worton* for petitioners.

*Solicitor General Marshall* filed a memorandum for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment of the court below is vacated, and the case is remanded for further consideration in the light of *Marchetti* v. *United States, ante,* p. 39. Cf. *Hoffa* v. *United States,* 387 U. S. 231; *Kolod* v. *United States, ante,* p. 136.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

ROBERTS *v.* WARDEN, MARYLAND PENITENTIARY.

No. 950, Misc. Decided March 4, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.